IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AEROSTAR AIRPORT HOLDINGS, LLC<br><br>Plaintiff,<br><br>v.<br><br>AAA CAR RENTAL, INC. et al.<br><br>Defendants. | Civil No.: 15-1959 (FAB) |

**JOINT MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS
AGAINST TARGET AND CHARLIE CAR RENTAL**

**TO THE HONORABLE COURT:**

COME NOW Aerostar Airport Holdings, LLC. ("Aerostar"), Target Rent a Car, Inc. ("Target") and Charlie Car Rental, Inc. ("Charlie"), and through their respective undersigned attorneys, move the Court pursuant to Fed.R.Civ.P. 41(a)(2), for an order approving the dismissal of the claims in the Amended Verified Complaint as against Target and Charlie, with prejudice, and without the imposition of costs, interest, or attorney's fees.

It is the intention of Aerostar to continue to prosecute the claims in its Amended Verified Complaint against all other codefendants.

**RESPECTFULLY SUBMITTED**.

I CERTIFY that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

In San Juan, Puerto Rico this 24th day of September, 2015.

**GOLDMAN ANTONETTI & CORDOVA, LLC**
Attorney for Target Rent a Car, Inc. and Charlie Car Rental, Inc.
P.O. Box 70364
San Juan, PR  00936-8364
Tel. (787) 759-4117
Fax (787) 787-767-9177


**s/ Carlos A. Rodríguez Vidal**
CARLOS A. RODRÍGUEZ VIDAL
USDC-PR No. 201213
E-mail:  crodriguez-vidal@gaclaw.com

**FIDDLER, GONZÁLEZ & RODRÍGUEZ, PSC**
Attorneys for Aerostar Airport Holdings, LLC
P. O. Box 363507
San Juan, PR 00936-3507
Tel. (787) 759-3163
Fax: (787) 250-7545

**s/ Luis A. Oliver**
LUIS A. OLIVER
USDC-PR No. 209204
E-mail: loliver@fgrlaw.com

**s/ José Luis Ramírez-Coll**
JOSE LUIS RAMIREZ-COLL
USDC-PR No. 221702
E-mail: jramirez@fgrlaw.com