IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AEROSTAR AIRPORT HOLDINGS, LLC,<br><br>**Plaintiff**,<br><br>v.<br><br>AAA CAR RENTAL, INC., *et al.*,<br><br>**Defendants**. | **Civil No.** 15-1959 (FAB) |

**PARTIAL JUDGMENT**

In accordance with the Order entered today (Docket No. 139), plaintiff's claims against defendant More Automotive Products, Inc. d/b/a Dollar Rent a Car and defendant ABAB Corp. d/b/a Payless Car Rental are **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, February 1, 2016.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE