```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF PUERTO RICO
```

AEROSTAR AIRPORT HOLDINGS, LLC,

**Plaintiff**,

v.                                    **Civil No.** 15-1959 (FAB)

AAA CAR RENTAL, INC., *et al.*,

**Defendants.**

**FINAL JUDGMENT**

In accordance with the partial judgments entered, final judgment is entered DISMISSING this case in its entirety.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 3, 2016.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE